IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| James R. Robinson, | ) | C/A No.: 0:15-2868-JMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Guardian Industries Corp.; Manuel Jackson; Matt Hall; and Lance Clarke, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se, brought this action alleging race discrimination against his former employer, Guardian Industries Corp., and individual defendants Manuel Jackson, Matt Hall, and Lance Clarke ("Individual Defendants"). Individual Defendants filed a motion to dismiss on September 29, 2015. [ECF No. 20]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on September 29, 2015, advising him of the importance of the motion and of the need for him to file an adequate response by November 2, 2015. [ECF No. 22]. Plaintiff was specifically advised that if he failed to respond adequately, Individual Defendants' motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Individual Defendants' motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action against Individual Defendants. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case against Individual

Defendants and to file a response to Individual Defendants' motion to dismiss by November 24, 2015. Plaintiff is further advised that if he fails to respond, the undersigned will recommend that his claims against Individual Defendants be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

November 10, 2015                          Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge